UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Paul Bovi,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>Charles Boris, et al.<br><br>　　　　Defendants. | Case No. SACV 15-1809 AG (KESx)<br><br>Order Dismissing Case Without Prejudice |

1

Based on the Stipulation to Dismiss Case Without Prejudice, and for good cause showing:

**IT IS ORDERED** that this case is dismissed without prejudice.

**IT IS FURTHER ORDERED** that each side will bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: October 16, 2019

ANDREW J. GUILFORD
United States District Judge